IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00081-PAB-KLM

ORTHOSYNTHETICS, INC.,
formerly known as OCA, Inc.,
formerly known as Orthodontic Centers of America, Inc., and
ORTHODONTIC CENTERS OF COLORADO, INC.,

    Plaintiffs,

v.

JAMES H. MASON, D.D.S.,
JAMES H. MASON, D.D.S., P.C., and
JAMES H. MASON, D.S.S., PLLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion to Vacate and Reschedule Scheduling/Planning Conference** [Docket No. 9; Filed February 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for March 11, 2009 at 11:00 a.m. is **vacated** and **RESET** to **March 16, 2009 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **March 11, 2009**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **March 11, 2009**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

    Anyone seeking entry into the Byron G. Rogers United States Courthouse must

show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  February 27, 2009