IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No.  09-cv-00081-PAB-KLM

ORTHOSYNETICS, INC.,
formerly known as OCA, Inc.,
formerly known as Orthodontic Centers of America, Inc., and
ORTHODONTIC CENTERS OF COLORADO, INC.,

    Plaintiffs,

v.

JAMES H. MASON, D.D.S.,
JAMES H. MASON, D.D.S., P.C., and
JAMES H. MASON, D.D.S., PLLC,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice [Docket No. 20].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 20, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer_____
                                                PHILIP A. BRIMMER
                                                United States District Judge